UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket #: 1:23-CV-3031

------------------------------------------------------------X

AISHA BLANCO

                    Plaintiff

*against*

THE STOP & SHOP SUPERMARKET COMPANY LLC

                    Defendant

------------------------------------------------------------X

## NOTICE OF FILING OF PETITION FOR REMOVAL

PLEASE TAKE NOTICE that the defendant has on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Southern District of New York.

Dated: Mineola, New York
       April 11, 2023

THE STOP & SHOP SUPERMARKET COMPANY LLC

*Sasha Shafeek*
SASHA SHAFEEK [SS6348]
TORINO & BERNSTEIN, P.C.
Attorney for Defendant
200 Old Country Road, Suite 220
Mineola, NY 11501
(516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this April 11, 2023, to THE BARNES FIRM, 420 Lexington Avenue, Ste 2140,

*Sasha Shafeek*
SASHA SHAFEEK [SS6348]