```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AISHA BLANCO,                                               :
                                                            :      23-CV-3031 (RWL)
                              Plaintiff,                    :
                                                            :
          - against -                                       :      ORDER
                                                            :
THE STOP & SHOP                                             :
SUPERMARKET COMPANY LLC,                                    :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the initial case management conference held by telephone on June 13, 2023, the parties disagree as to whether Plaintiff has timely requested trial by jury. The parties agreed, and the Court directed, that, to conserve resources, that issue will be briefed at a later time if the case has not settled within the next few months and that Plaintiff should not be penalized for not submitting a jury demand starting June 13, 2023 forward. In other words, the period of time that will be relevant to the timeliness of the request for a jury trial is the time prior to June 13, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 13, 2023
          New York, New York

Copies transmitted this date to all counsel of record.