# TORINO & BERNSTEIN, P.C.

| | | |
|---|---|---|
| BRUCE A. TORINO<br>KENNETH A. BERNSTEIN (1956-2013)<br>VINCENT J. BATTISTA<br>CHRISTINE M. CAPITOLO<br>ELLIE S. KONSTANTATOS | ATTORNEYS AT LAW<br>200 OLD COUNTRY ROAD, SUITE 220<br>MINEOLA, NEW YORK 11501-4236 | MICHAEL A. AMODIO †<br>PATRICIA BRUNO GOLDEN<br>SASHA S. SHAFEEK<br>RYAN M. TORINO |

† Licensed Pharmacist N.Y.S.

(516) 747-4301
Fax (516) 747-5956

September 11, 2023

Hon. Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   AISHA BLANCO
      vs. THE STOP & SHOP SUPERMARKET COMPANY LLC
      Case Number: 1:23-cv-3031

Dear Honorable Magistrate Judge Lehrburger:

      In lieu of a joint status letter, the parties are pleased to advise that the matter has settled earlier today.

      The parties request thirty (30) days within which to file a stipulation of dismissal with the Court.

      Plaintiff's counsel, Mr. Olmstead, has provided consent for our office to file this letter.

                                    Very Truly Yours,

                                    *Sasha S. Shafeek*

                                    SASHA S. SHAFEEK (6348)

SSS:ms